Geoffrey Young
2430 Millbrook Dr
Lexington, KY 40503

RECEIVED
MAR 21 2024
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Retail  

U.S. POSTAGE PAID
FCM LG ENV
LEXINGTON, KY 40507
MAR 18, 2024
$2.11
RDC 99
R2304H109061-01
08608

Clerk of U.S. District Court
District of New Jersey
Clarkson S. Fisher Bldg. + Courthouse
402 E. State St.
Trenton, NJ 08608

X-RAYED